IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HANHAH RULLO, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSITY OF PITTSBURGH – OF )<br>THE COMMONWEALTH SYSTEM OF )<br>HIGHER EDUCATION, )<br>)<br>   Defendant. ) | Civil Action No. 2:17-cv-01380<br><br>~~Chief~~ Magistrate Judge Maureen P. Kelly<br><br><br><br><br>Electronically filed. |

**[~~PROPOSED~~] ORDER**

  **THIS CAUSE** is before the Court on the Consent Motion for Order of Dismissal With Prejudice. In the Motion, the parties advise the Court that the matter has been completely settled and it is further requested that the Court dismiss the case with prejudice.

  Accordingly, after due consideration, it is hereby

  **ORDERED**

  1. The Consent Motion for Order of Dismissal With Prejudice is **GRANTED**.

  2. The case is **DISMISSED** with prejudice, and each Party shall bear its own costs, expenses, and attorneys' fees; and

  3. The Clerk of the Court is directed to **CLOSE** the file.

  **DONE** and **ORDERED** this _10th_ day of June, 2021.

              BY THE COURT:

              _/s/ Maureen P. Kelly_
              Magistrate Judge Maureen P. Kelly

  Cc:  All Counsel of Record